```
1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID A. PETERSEN
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-00042 JAM |
| Plaintiff, | ORDER DENYING REQUEST FOR A STAY OF IMPOSITION OF THE TERM OF IMPRISONMENT PENDING APPEAL |
| v. | |
| MARTHA GUERRA, | |
| Defendant. | |

It is hereby ordered that the defendant's request for a stay of imposition of the term of imprisonment, pending appeal, is denied.

IT IS SO ORDERED.

Dated: 3/29/2012

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U. S. District Court Judge